UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Jose Luis Ramirez; Claudia R. Delgado-Ramirez; J Issac Castro; Elvira Castro; and Does 1-10,<br><br>        Defendants. | No.  2:14-cv-02008-GEB-CKD<br><br>**ORDER** |

      Since Defendants are proceeding *in pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21), and any date currently scheduled before the undersigned judge is VACATED.

      IT IS SO ORDERED.

Dated:  November 24, 2014

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge