UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ISSAC CASTRO, etl al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2008 GEB CKD PS<br><br><br>ORDER |

　　　　This matter was referred to the magistrate judge for pretrial management because defendants were proceeding pro se. <u>See</u> Local Rule 302(c)(21). Attorney Andrew Rauch has now appeared for defendants. ECF No. 14. Because defendants are now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　1. This matter is referred back to the District Judge assigned to this action;

　　2. All dates pending before the undersigned are vacated; and

　　3. Henceforth the caption on documents filed in this action shall be No. 2:14-cv-2008 GEB CKD.

/////

1

4. Attorney Andrew Rauch of Rauch, Detisch & Steinke, APLC, 1010 Second Ave., Suite 1770, San Diego, CA 92101; phone: 619-515-1140; email: rauch@lawrds.com is substituted as counsel of record for defendants. The Clerk of Court shall modify the docket accordingly.

Dated: January 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-castro.ref