CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Scott Johnson**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Jose Luis Ramirez**;<br>**Claudia  R. Delgado-Ramirez**;<br>**J Isaac Castro**;<br>**Elvira Castro**; and Does 1-10,<br><br>          Defendants. | CASE NO. 2:14-CV-02008-JAM-CKD<br><br>**ORDER GRANTING STIPULATION**<br>**TO MODIFY SCHEDULING ORDER** |

## <u>ORDER</u>

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that trial and case management deadlines scheduled in this matter are modified as follows:

- **Expert witness disclosures:** February 16, 2016 to April 28, 2016;

- **Rebuttal expert witness disclosures:**  March 16, 2016 to May 16, 2016;

- **Expert discovery cut**-off: May 16, 2016 to June 16, 2016.

1

**IT IS SO ORDERED.**

2

3

4      DATED: 3/15/2016                    /s/ John A. Mendez_____
                                          Honorable John A. Mendez
5                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28