UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>     Plaintiff, <br><br>     v. <br><br> **Jose Luis Ramirez;** <br> **Claudia R. Delgado-Ramirez;** <br> **J Issac Castro;** and <br> **Elvira Castro**, <br><br>     Defendants | **Case:** 2:14-CV-02008-JAM-CKD <br><br> **ORDER** Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment |

Plaintiff's motion for Summary Judgment came on for hearing before this Court, Dennis Price appearing for Plaintiff and Andrew Rauch appearing for Defendants. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED:

This Court DENIES Plaintiff's request for injunctive relief under the Americans with Disabilities Act (First Cause of Action); and

This Court GRANTS Plaintiff's Unruh claim (Second Cause of Action) and awards Plaintiff $4,000 in statutory damages.

**IT IS SO ORDERED.**

Dated: 8/16/2016           /s/ John A. Mendez_____
                           Hon. John A. Mendez
                           United States District Court Judge

1

[proposed] ORDER                                  Case: 2:14-CV-02008-
JAM-CKD