UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Jose Luis Ramirez**; <br> **Claudia R. Delgado-Ramirez**; <br> **J Isaac Castro**; <br> **Elvira Castro**; and Does 1-10, <br><br> Defendant. | Case No.: 2:14-CV-02008-JAM-CKD <br><br> **ORDER FOR DISMISSAL** <br><br> Final Pretrial Conference: September 16, 2016 <br> Time: 10:00 a.m. <br><br> Complaint Filed: August 29, 2014 <br> Trial Date: October 31, 2016 |

Pursuant to the Stipulation of Plaintiff Scott Johnson and Defendants, Jose Luis Ramirez, Claudia R. Delgado-Ramirez, J. Isaac Castro, Elvira Castro, by and through their attorneys of record that the matters in dispute scheduled for trial in this action have been resolved, and FOR GOOD CAUSE APPEARING, the Court orders as follows:

The Court modifies and amends its scheduling order and orders that all further dates be VACATED from the calendar, including the Final Pretrial Conference scheduled for September 16, 2016 and Trial scheduled for October 31, 2016.

Plaintiff, as the prevailing party, may move the Court for fees by motion pursuant to code.

**IT IS SO ORDERED**

Dated: 9/15/2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

**[PROPOSED] ORDER FOR DISMISSAL**          Case #: 2:14-CV-02008-JAM-CKD